George F. Ogilvie III (NSBN 3552)
J. Christopher Molina (NSBN 14092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
cmolina@mcdonaldcarano.com

*Attorneys for Defendants CHDP Pahrump, LLC
and Pahrump Community Health Center, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY-HARRISON, INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>CHDP PAHRUMP, LLC, a Nebraska limited liability company; PAHRUMP COMMUNITY HEALTH CENTER, LLC, a Nevada limited liability company; and DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-00132-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Kelly-Harrison, Inc. ("KHI") and Defendants CHDP Pahrump, LLC ("CHDP") and Pahrump Community Health Center, LLC ("PCHC"), by and through their respective counsel, and hereby submit this Stipulation and Order to Extend the Time to File Joint Pretrial Order (First Request) pursuant to LR IA 6-1 as follows:

**I.    PROCEDURAL HISTORY**

On January 22, 2025, KHI initiated a lawsuit against CHDP and PCHC in the United States District Court for the District of Nevada. On March 4, 2025, CHDP filed its answer to KHI's complaint, along with its affirmative defenses. On March 6, 2025, PCHC filed its answer to KHI's complaint, along with its affirmative defenses. On April 25, 2025 the Discovery Plan and Scheduling

Order [ECF No. 18] was entered by this Court. On October 3, 2025, this Court entered the parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) [ECF No. 20], which extended the close of discovery to February 2, 2026, the dispositive motions deadline to March 3, 2026, and the joint pretrial order deadline to April 2, 2026. On October 3, 2025, this Court entered the parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) [ECF No. 20], which extended the close of discovery to February 2, 2026, the dispositive motions deadline to March 3, 2026, and the joint pretrial order deadline to April 2, 2026. Discovery is now closed. The parties have not filed dispositive motions.

## II. GOOD CAUSE FOR EXTENSION

Good cause exists to extend the deadline to file the joint pretrial order. Since the inception of this litigation, the parties have made substantial progress toward resolving the underlying payment dispute, having resolved approximately 70% of the $2,280,793.15 that was originally in dispute. The remaining issues concern whether the construction project has been completed. CHDP contends that the project is not yet complete and, therefore, has not released payment of all retention under the construction contract. KHI contends that the project has been complete for approximately two years. The parties are actively working to resolve these issues without court intervention, which could result in settlement of the entire dispute. To the extent the parties are unable to resolve these issues informally, their efforts will at least narrow the issues for trial.

A brief extension of the joint pretrial order deadline will conserve judicial resources, avoid unnecessary motion practice, and facilitate either a full resolution or a significant narrowing of the claims, which will in turn streamline any trial proceedings. Under these circumstances, good cause exists for the modest delay requested, and it will promote efficiency and fairness without prejudice to any party.

## III. PROPOSED SCHEDULE

The parties have agreed to a thirty (30) day extension of the deadline to file the joint pretrial order to allow additional time to resolve the remaining issues in dispute. A brief 30-day extension will allow the parties to complete their good-faith efforts, thereby conserving judicial resources and avoiding needless litigation.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Joint Pretrial Order | April 2, 2026 | **May 4, 2026** |

The parties shall file a joint pretrial order no later than May 4, 2026.  The disclosures required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pretrial order.

No trial has been set on this matter and neither party will be prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: March 31, 2026.

McDONALD CARANO LLP

By: */s/ J. Christopher Molina*
    George F. Ogilvie III (NSBN 3552)
    J. Christopher Molina (NSBN 14092)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100

    *Attorneys for Defendants*

MEAD LAW GROUP

By: */s/ M. Dason Coronado*
    Leon F. Mead II (NSBN 5719)
    M. Dason Coronado (NSBN 16689)
    7251 W. Lake Mead Blvd., Suite 460
    Las Vegas, Nevada 89128
    Telephone: (702) 745-4800

    *Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4/01/2026

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO

3