George F. Ogilvie III (NSBN 3552)
J. Christopher Molina (NSBN 14092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
cmolina@mcdonaldcarano.com

*Attorneys for Defendants CHDP Pahrump, LLC and Pahrump Community Health Center, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KELLY-HARRISON, INC., an Oregon corporation,

Plaintiff,

v.

CHDP PAHRUMP, LLC, a Nebraska limited liability company; PAHRUMP COMMUNITY HEALTH CENTER, LLC, a Nevada limited liability company; and DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive,

Defendants.

Case No. 2:25-cv-00132-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND TIME FOR KELLY-HARRISON, INC. TO RESPOND TO CHDP PAHRUMP, LLC AND PAHRUMP COMMUNITY HEALTH CENTER, LLC'S MOTION FOR LEAVE TO AMEND PLEADINGS (ECF NO. 31) AND MOTION TO RE-OPEN DISCOVERY (ECF NO. 32) AND EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

**(THIRD REQUEST)**

Plaintiff Kelly-Harrison, Inc. ("KHI") and Defendants CHDP Pahrump, LLC ("CHDP") and Pahrump Community Health Center, LLC ("PCHC"), by and through their respective counsel, hereby submit this Stipulation and Order to Extend the Time for KHI to Respond to CHDP and PCHC's Motion for Leave to Amend Pleadings (ECF No. 31) and Motion to Re-Open Discovery (ECF No. 32) and Extend Time to File Joint Pretrial Order (Third Request) pursuant to LR IA 6-1 as follows:

## I. PROCEDURAL HISTORY

On January 22, 2025, KHI initiated this lawsuit against CHDP and PCHC in the United States District Court for the District of Nevada. On March 4, 2025, CHDP filed its answer to KHI's

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

complaint, along with its affirmative defenses. On March 6, 2025, PCHC filed its answer to KHI's complaint, along with its affirmative defenses. On April 25, 2025, the Discovery Plan and Scheduling Order [ECF No. 18] was entered by this Court.

On October 3, 2025, this Court entered the parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) [ECF No. 20], which extended the close of discovery to February 2, 2026, the dispositive motions deadline to March 3, 2026, and the joint pretrial order deadline to April 2, 2026. Discovery closed on February 2, 2026, and neither party filed dispositive motions. On April 1, 2026, the Court entered the parties' Stipulation and Order to Extend the Time to File Joint Pretrial Order (First Request) [ECF No. 22], which extended the joint pretrial order deadline to May 4, 2026. On May 4, 2026, the parties filed their Stipulation and Order to Extend the Time to File Joint Pretrial Order (Second Request) [ECF No. 23]. On May 5, 2026, the Court granted that request in part, referred this case for a mandatory settlement conference, and stayed the joint pretrial order deadline pending the settlement conference, ordering that "[i]n the event this case proceeds beyond the settlement conference, the parties must file their joint pretrial order within thirty days of the conference" [ECF No. 24].

The parties participated in the settlement conference on August 3, 2026, but the case did not settle. Accordingly, the deadline to file the joint pretrial order is currently September 2, 2026. On August 19, 2026, CHDP and PCHC filed their Motion for Leave to Amend Pleadings [ECF No. 31] and Motion to Re-Open Discovery [ECF No. 32] (collectively, the "Motions"). KHI's deadline to respond to the Motions is also currently September 2, 2026. *See* LR 7-2(b).

## II. GOOD CAUSE FOR EXTENSION

Good cause exists to briefly extend KHI's deadline to respond to the Motions. KHI's counsel is scheduled to begin a trial in another matter on September 2, 2026—the same day KHI's responses to the Motions are currently due – through September 4, 2026. KHI intends to vigorously oppose those motions, however, because of schedule issues with another trial, a brief, two-week extension is necessary and will permit KHI's counsel two weeks after the trial to prepare complete responses to the Motions notwithstanding that trial commitment, and the requested extension will not affect any other deadline in this case.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Good cause likewise exists to extend the deadline to file the joint pretrial order until after the Court resolves the Motions. If granted, the Motions would materially change the scope of the pretrial proceedings: Defendants seek leave to file an amended answer asserting counterclaims, and to re-open discovery for the limited purposes described in the Motions. The claims and defenses to be tried, the contested issues of fact and law, and the witness and exhibit disclosures required by LR 16-3 and LR 16-4 all depend on the outcome of the Motions. If the parties were required to file the joint pretrial order on September 2, 2026—before briefing on the Motions is complete—they would be forced to prepare provisional, alternative pretrial submissions addressing each possible outcome, and the joint pretrial order would likely need to be amended once the Court rules. Extending the deadline until after the Court resolves the Motions will avoid duplicative effort, conserve the parties' and the Court's resources, and ensure that the joint pretrial order accurately frames the issues for trial.

In accordance with LR IA 6-1, the parties advise the Court that this is the first request to extend KHI's deadline to respond to the Motions and the third request to extend the joint pretrial order deadline. The prior extensions of the joint pretrial order deadline [ECF Nos. 20, 22, 24] are described above. This stipulation is entered into in good faith and not for purposes of delay.

## III. PROPOSED SCHEDULE

The parties have agreed, subject to the Court's approval, to the following schedule:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| KHI's Responses to the Motions [ECF Nos. 31, 32] | September 2, 2026 | **September 18, 2026** |
| Joint Pretrial Order | September 2, 2026 | **Stayed pending the Court's resolution of the Motions** |

KHI shall file its responses to the Motions no later than September 18, 2026. Any replies in support of the Motions shall be due in accordance with LR 7-2(b). The deadline to file the joint pretrial order is stayed pending the Court's resolution of the Motions, and the parties respectfully request that the Court set a new joint pretrial order deadline in its order resolving the Motions. The disclosures required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the joint pretrial order.

No trial has been set on this matter, and neither party will be prejudiced by the requested extensions.

**IT IS SO STIPULATED.**

Dated: August 26, 2026.

McDONALD CARANO LLP

By: */s/ J. Christopher Molina*
George F. Ogilvie III (NSBN 3552)
J. Christopher Molina (NSBN 14092)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100

*Attorneys for Defendants*

MEAD LAW GROUP

By: */s/ Leon F. Mead II*
Leon F. Mead II (NSBN 5719)
M. Dason Coronado (NSBN 16689)
7251 W. Lake Mead Blvd., Suite 460
Las Vegas, Nevada 89128
Telephone: (702) 745-4800

*Attorney for Plaintiff*

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966